# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| DAN-BUNKERING (AMERICA) INC., | § § | |
| v. | § § | CIVIL ACTION NO. 3:20-CV-3341-S-BT |
| ICHOR OIL, LLC, et al., | § § | |

### DEFAULT JUDGMENT AGAINST DEFENDANT ICHOR OIL, LLC

The Court has entered its Order in this case accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Therefore, **IT IS ORDERED** that Plaintiff's Request for Default Judgment Against Defendant Ichor Oil, LLC [ECF No. 26] is **GRANTED**. The Court enters judgment against Ichor Oil, LLC, and in favor of Dan-Bunkering (America) Inc., in the amount of $521,265.10. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED May 5, 2021.

*/s/*

UNITED STATES DISTRICT JUDGE

1

Certified a true copy of an instrument on file in my office on June 11, 2021
Clerk, U.S. District Court,
Northern District of Texas
By Donna Kuhnfeld         Deputy